### BATES MACH. CO. v. WM. A. FORCE & CO.

(Circuit Court, S. D. New York. May 31, 1905.)

#### No. 9,001.

ABATEMENT—ANOTHER ACTION PENDING—SEPARATE SUITS ON SAME PATENT.

The pendency of a suit for infringement of certain claims of a patent specifically named by number in the bill is not a bar to a second suit in the same court by the same complainant against the same defendant, for the infringement of different claims of the same patent, also specified in the bill, where the two sets of claims cover distinct and different devices, although in the same machine. In such case the causes of action in the two suits are not the same.

In Equity. On motion to strike out plea.

Complainant brought a suit against defendant in this court for infringement of claims 9 and 10 of letters patent No. 759,656, for

an automatic numbering machine, granted to Edwin G. Bates, May 10, 1904. Pending said suit complainant brought the present suit, alleging a subsequent infringement of claims 6 and 7 of the same patent, which cover different devices relating to the machine from those claimed in claims 9 and 10, and which are capable of separate use. Defendant filed a plea setting up the pendency of the prior suit, which complainant moved to strike out.

Alfred B. Carhart, for complainant.
William E. Warland, for defendant.

LACOMBE, Circuit Judge. The plea should be stricken from the files, defendant being given 20 days to answer.